IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALLEN YEP & YONG SUN YEP,

    Plaintiffs,

  v.

WELLS FARGO BANK, *et al.*,

    Defendants.

No. C 12-3173 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    Defendant Wells Fargo has filed a motion to dismiss, and a hearing on that motion is scheduled for September 7, 2012. Plaintiffs' opposition to the motion was due on August 13, 2012. Plaintiffs did not file an opposition, nor did plaintiffs request an extension of time.

    Accordingly, plaintiffs are ORDERED TO SHOW CAUSE in writing no later than **August 31, 2012**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). If plaintiffs respond to this Order and wish to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss. The September 7, 2012 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: August 23, 2012

SUSAN ILLSTON
United States District Judge