IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN YEP & YONG SUN YEP,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 12-3173 SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court DISMISSES this case WITHOUT PREJUDICE. Plaintiffs' motion to proceed in forma pauperis is GRANTED; all other pending motions are denied as moot.

    **IT IS SO ORDERED.**

Dated: September 4, 2012

_____
SUSAN ILLSTON
United States District Judge