**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALLEN YEP & YONG SUN YEP,   No. C 12-3173 SI

    Plaintiffs,   **JUDGMENT**

  v.

WELLS FARGO BANK, *et al.*,

    Defendants.
                               /

This case has been dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 4, 2012

SUSAN ILLSTON
United States District Judge