IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN YEP & YONG SUN YEP, | No. C 12-3173 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, *et al.*, | |
| Defendants. | |

This case has been dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 4, 2012

SUSAN ILLSTON
United States District Judge